**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00386-CV

**ACE AMERICAN INSURANCE COMPANY, Appellant**

**V.**

**CLAYTON D. ELMER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06888**

## ORDER

Before the Court is appellant's June 4, 2019 agreed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 22, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE